UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON M. MALIK, et al.,

    Plaintiffs,

                          Case no. 08-13832

v.

                          Hon. John Corbett O'Meara

EQUIFAX INFORMATION
SERVICES, et al.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

On October 21, 2008, the court entered an order denying plaintiff's application to proceed *in forma* pauperis. The order required plaintiffs to pay the filing fee by November 20, 2008, and further stated that failure to pay the filing fee by this deadline may result in the dismissal of the complaint. To date, the fee has not been paid. Therefore,

IT IS HEREBY ORDERED that the complaint is DISMISSED without prejudice.

                                    s/John Corbett O'Meara
                                    United States District Judge

Date: March 06, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 7, 2009, by electronic and/or ordinary mail.

                                    s/William Barkholz
                                    Case Manager